# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BHH Affiliates, LLC, a Delaware limited liability company, <br><br> Petitioner, <br><br> vs. <br><br> SNOWSTAR, INC., a Colorado corporation; MICHAEL B. ADAMS, an individual; and BARBARA ANN ADAMS, an individual, <br><br> Respondents. | Case No. SA 20-CV-00648-DOC-(JDEx) <br><br> **Judgment Confirming Arbitration Award** |

Having granted Petitioner BHH Affiliates, LLC's ("BHH") Petition to Confirm Arbitration Award Against Respondents Snowstar, Inc., Michael B. Adams, and Barbara Ann Adams (the "Petition") (Dkt. #21), the Court hereby enters final judgment for Petitioner BHH and against Respondents Snowstar, Inc., Michael B. Adams, and Barbara Ann Adams (collectively, "Respondents") and **ORDERS, ADJUDGES, and DECREES** as follows:

1. The arbitration award rendered on March 9, 2020, by the Hon. Terry Friedman (Ret.) of JAMS is hereby confirmed;

2. BHH shall have and recover against Respondents, jointly and severally, the amount of $399,618.53, plus costs and attorneys' fees in the amount of $24,520.06.

**IT IS SO ORDERED.**

Dated: September 4, 2020

*David O. Carter*
Hon. David O. Carter
United States District Judge

Submitted by:

SNELL & WILMER L.L.P.
By: /s/ *Anthony J. Carucci*
    Anthony J. Carucci

- 2 -
Judgment Confirming Arbitration Award

4834-7513-2106 1